**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| ALFONSO F. CARDENAS;<br><br>    Plaintiff,<br><br>vs.<br><br>T. BERQUIST, JOHN DOE,<br><br>    Defendants. | Case No.:  CV 09-623-S-BLW<br><br>**ORDER OF DISMISSAL** |

## BACKGROUND

Plaintiff, Alfonso F. Cardenas, is an inmate currently living at the Idaho Maximum Security Institution ("IMSI").  The Clerk of Court conditionally filed Plaintiff's Complaint as a result of his status as an inmate and his in forma pauperis request and the Court issued an initial review order dismissing the case without prejudice and providing Plaintiff with 30 days in which to amend.

The Clerk of Court mailed Plaintiff a copy of the Initial Review Order at Plaintiff's last known address, but the mail was returned.  Plaintiff has not appeared in this case since the Complaint was filed in December of 2009.  Because there is no indication from the record that  Plaintiff intends to pursue this case, the Court must dismiss the Complaint without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

**DISMISSAL ORDER - 1**

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that the Complaint (Docket No. 1) in this matter is DISMISSED without prejudice.

DATED: **January 11, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

**DISMISSAL ORDER - 2**